Entered on Docket
March 09, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: March 09, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                    No. 11-41178 RJN
                                         Chapter 13
DIDDO RUTH CLARK,

                            Debtor./

MEMORANDUM AND ORDER

Diddo Ruth Clark, the above debtor ("Diddo"), has requested certain relief in connection with the above captioned chapter 13 bankruptcy case pursuant to the Americans with Disabilities Act of 1990, 42 U.S.C. Chapter 126 (the "Act").[1]

The Act does not apply to the federal government, does not excuse compliance with federal statutes, and does not concern the conduct of court proceedings.[2] Accordingly, the foregoing request

---

[1] Diddo requests, among other things, that she be excused from compliance with various court deadlines, that all proceedings be stayed until she retains counsel, that certain assets of certain of her creditors be ordered sold by this court, and that certain fees be waived.

[2] This Court is part of the judicial branch of the federal government of the United States of America. The United States is excluded from those entities covered by the Act. *See,* 42 U.S.C. §12111(5)(B)(i); §12131(1); §12181(6),(7) (United States not employer, public entity, or private entity operator of public accommodations subject to the ADA); *Webster v. Henderson* 32
(continued...)

is denied.

**END OF ORDER**

---

²(...continued)
Fed. Appx. 36, 2002 WL 261527 (4th Cir. 2002); *Adger v. Potter*, 2002 WL 1424558 (N.D. Ill. 2002) (United States not an employer subject to the Act); *Cellular Phone Taskforce v. F.C.C.* 217 F.3d 72 (2nd Cir. 2000) (federal government not a public entity subject to the Act); *Disabled Rights Action Committee v. Las Vegas Events, Inc.,* 375 F.3d 861 (9th Cir. 2004) (the Act applies to private entities operating places of public accommodations, not to public entities).

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Diddo Ruth Clark |
|   | 3527 Mt. Diablo Blvd., #131 |
| 3 | Lafayette, CA 94549 |
| 4 | Martha G. Bronitsky |
|   | P.O. Box 5004 |
| 5 | Hayward, CA 94540-5004 |
| 6 | Office of the U.S. Trustee |
|   | 1301 Clay St. #690N |
| 7 | Oakland, CA 94612 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
1300 Clay Street (2d fl.)
Oakland, CA. 94612